# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **VIRGINIA RAMOS,** | ) |
| **Plaintiff,** | ) Case No. CV 16–6747 AJW |
| v. | ) |
| | ) **J U D G M E N T** |
| **NANCY A. BERRYHILL,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| **Defendant.** | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to the Commissioner for further administrative proceedings consistent with the memorandum of decision.

October 10, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge