Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA RAMOS, | CASE NO.: CV16-6747-AJW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER AWARDING EAJA FEES |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($3,400.00) subject to the terms of the stipulation.

DATED: November 17, 2017

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE